William J. Wagner, Plaintiff-Appellant, v. Michael David, David Building Corporation, an Illinois Corporation, and Home Building and Loan Association, an Illinois Corporation, Defendants-Appellees, and William J. Wagner, Plaintiff-Appellant, v. Michael David and David Building Corporation, an Illinois Corporation, Defendants-Appellees.

William J. Wagner on Behalf of the David Building Corporation, an Illinois Corporation, Plaintiff-Appellant, v. The David Building Corporation, an Illinois Corporation, Michael David, a/k/a Mike David, Charles H. Atwell, Trustee, Advance Realty Company, an Illinois Corporation, and Laszlo Kajtsa, Defendants-Appellees.

Gen. Nos. 65–12, 65–133 (Consolidated). (Abstract of Decision.)

Second District.

November 29, 1967.

Rehearing denied December 29, 1967.

DAVIS, P. J., dissenting.

Dreyer, Foote & Streit, and Richard C. Hamper, of Aurora, for appellant; Reid, Ochsenschlager, Murphy & Hupp, William H. Wake, and Anthony F. Salerno, of Aurora, for appellees. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.